**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/20

SO ORDERED 5/8/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2020

> The change of plea and sentencing scheduled for May 19, 2020 is hereby adjourned to October 16, 2020 at 12:45 p.m. Defendant shall file a sentencing submission by October 9, 2020. The Government shall file a sentencing submission by October 13, 2020.
> SO ORDERED.

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Nico Burrell, et al.*, S2 15 Cr. 95 (AJN),
        Defendant Tayquan Tucker (No. 14)

Dear Judge Nathan:

The Government writes with respect to defendant Tayquan Tucker on behalf of both parties. A plea and sentencing proceeding is scheduled for the defendant on May 19, 2020. In view of the particular procedural posture of this case, the defendant requests, and the Government consents, to adjourn the proceeding. The parties are amendable to any adjournment that the Court deems appropriate, particularly if it may allow the parties to appear in person.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    /s/
Drew Skinner
Assistant United States Attorney
Tel. (212) 637-1587

cc:   Defense counsel (by ECF)