USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
    -v-                                      :     15-CR-95 (AJN)
:
TAYQUAN TUCKER,                              :     ORDER
:
                Defendant.               :
:
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      The plea and sentencing proceeding scheduled for October 16, 2020 at 12:45 p.m. is hereby rescheduled to occur as a videoconference using the CourtCall platform on the week of October 19, 2020. At a later date, the Court will issue an Order confirming the time and date of the conference. In light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. As noted in the Court's October 1, 2020 Order, Dkt. No. 3023, if the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the waiver form attached to Dkt. No. 3023 to him. If Mr. Tucker, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than October 15, 2020. If authorized to do so, defense counsel may sign the form on Defendant's behalf. *See* Standing Order Relating To Signatures and the Form of Consents and Waivers in Criminal Cases, Case No. 20-mc-174 (CM). While the Defendant submitted a waiver form on October 1, 2020, the submitted form did not include a signature, *see* Dkt. No. 3024.

By no later than October 12, 2020, defense counsel shall indicate to the Court whether he wishes to be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins. Furthermore, the Defendant's sentencing submission shall be filed by no later than October 13, 2020. The Government's sentencing submission shall be filed by October 16, 2020. Finally, the parties shall submit a joint letter no later than 24 hours before the conference indicating to the Court how they intend to proceed.

SO ORDERED.

Dated: October 9, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge