


**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

The plea and sentencing scheduled for October 22, 2020 at 11:00 a.m. is hereby adjourned. Because of the process of scheduling criminal proceedings for defendants who are in custody, the Court cannot accommodate defense counsel's requested dates. By no later than October 23, 2020, the parties shall indicate whether they would be available on November 5, 2020 at 9 a.m.; November 10, 2020 at 9 a.m. or 11 a.m.; and November 12, 2020 at 9 a.m. or 11 a.m. SO ORDERED.

BY ECF

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007




Re: United States v. Tayquan Tucker, 15 Cr. 95 (AJN)

Dear Judge Nathan:

I am in receipt of the Court's Order issued today setting the plea/sentencing date in this matter for October 22, 2020 at 11:00am. Unfortunately I am already scheduled for sentencing hearing on another matter at that exact time. Thus, I would most respectfully request that the Court set the plea/sentencing hearing for later that afternoon or another date. I am available at anytime on October 21st, the afternoon of October 23rd, the afternoon of the 26th and anytime on the 27th.

Thank you very much for your patience and consideration in this matter and I apologize for any inconvenience this causes to the Court.

Respectfully submitted,

*David Touger*
David Touger, Esq.