USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                             :
:
-v-                                                                   :     15-CR-95 (AJN)
:
TAYQUAN TUCKER,                                                       :     ORDER
:
Defendant.                                                            :
:
----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

The plea and sentencing proceeding in this matter is hereby rescheduled to occur as a videoconference using the CourtCall platform on the week of November 30, 2020. The Court will confirm the precise date and time at a later date. The parties are advised that the Court's Individual Practices in Criminal Cases contain relevant instructions.

To the extent that there are any other documents relevant to the proceeding (e.g., proposed orders or documents regarding restitution, forfeiture, or removal), counsel should submit them to the Court (by email or on ECF, as appropriate) at least **at least 24 hours prior to the proceeding**. To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

SO ORDERED.

Dated: November 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge