```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :          15-CR-95 (AJN)
                                                                   :
TAYQUAN TUCKER,                                                    :              ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      As of the date of this Order, the Court has not received a sentencing submission on behalf of Defendant Tayquan Tucker.  As noted in this Court's Individual Practices in Criminal Cases, as well as in Dkt. Nos. 2797, 2847, 3040, 3050, Defendant's sentencing submission was due one week before the sentencing.  In addition, as noted in Dkt. No. 3093, any documents relevant to the proceeding to be submitted to the Court, by email or on ECF, as appropriate, were due 24 hours prior to the proceeding.  Defense counsel is hereby ORDERED to file a sentencing submission by no later than 2 p.m. today.  In addition, defense counsel shall notify the Court if there are any additional documents that the Court must consider in advance of the proceeding.  If the Court has not heard from defense counsel by 2 p.m., it will adjourn the proceeding.

      SO ORDERED.

Dated: December 2, 2020
     New York, New York                        _____
                                                    ALISON J. NATHAN
                                                United States District Judge