UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
```

United States of America,

—v—

Tayquan Tucker,

          Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter by mail requesting appointment of counsel for purposes of a forthcoming motion for compassionate release. In the letter, Defendant Tayquan Tucker requests that the Court appoint the "same lawyer from [his] recent sentencing," who was David Touger. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, the Court hereby appoints David Touger to represent Mr. Tucker in connection with his forthcoming motion for compassionate release. Within three weeks of this Order, Mr. Touger shall meet and confer with the Government and the parties shall jointly propose a briefing schedule.

    SO ORDERED.

Dated: March 25, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge

15CR 95 (AJN)

To: Judge Alison J. Nathan
From: Tayquan Tucker 77430-054
Date: March 12, 2021

RECEIVED
MAR 23 2021
ALISON J. NATHAN
U.S.D.J.

Your honor I am addressing this letter to you in regards to filing of the motion, Compassionate Release. I ask that I be appointed the same lawyer from my recent sentencing attorney Mr. Peluso Ortega. I believe he's most fit and ready to file this motion on my behalf. I would have been home in August of this year but being that COVID is so high in the West Coast I am still being housed in MDC Brooklyn waiting to return to my prison. If I am here past August of this year than I would not be released until March, 2022. Your honor I have Asthma which puts me at high risk of COVID. Your honor please take into consideration when considering me of such great opportunity that I have obtained my GED and has taken many programs during my 5 yr 2 mon. incarceration.

Again I ask that attorney Mr. Peluso Ortega be assigned to my case in filing this motion, he has copy of my Medical Records and my GED certificate. I changed my life around for the better of myself and those around me, im ready your honor please believe me.

Thank you in advance your honor and best wishes under these difficult times we are in.

Sign: Tayquan Tucker