# PELUSO & TOUGER, LLP
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 10013**
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021
```

Re: United States v. Nico Burrell, et al., 15 Cr. 95 (AJN), Defendant: Tayquan Tucker

Dear Judge Nathan:

SO ORDERED.   4/8/2021

I write with the Government's consent to respectfully ask for a one week adjournment for counsel to submit Mr. Tucker's motion for compassionate release from April 12, 2021 to April 19, 2021 and that the Government's response accordingly would now be due on May 4, 2021. This request is due to the fact that it has been difficult to arrange for timely communication with my client due to the Covid protocols at the MDC.

Most Respectfully,

David Touger